

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED

DEC 06 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| KEJUANA SHONTA MORRISON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CJ-2023-3514 |
| | ) | |
| CITY OF TULSA, a political subdivision | ) | |
| and municipal corporation, and | ) | |
| G4S Secure Solutions (USA), Inc., | ) | |
| a foreign corporation, and | ) | |
| UNIVERSAL PROTECTION SERVICE, | ) | |
| LP d/b/a ALLIED UNIVERSAL | ) | |
| SECURITY SERVICES, a foreign | ) | |
| limited partnership, | ) | |
| Defendants. | ) | |

### DISMISSAL WITHOUT PREJUDICE OF CITY OF TULSA ONLY

COMES NOW the Plaintiff Kejuana Shonta Morrison and dismisses without prejudice City of Tulsa only. Plaintiff retains her claims against all other Defendants.

Respectfully submitted,

Brendan M. McHugh, OBA #18422
P.O. Box 1392
Claremore, OK  74018
Tele:(918) 608-0111
Fax: (918) 803-4910
Email: brendan@lawinok.com
and
Dana Jim, OBA #19495
P.O. Box 1011
Vinita, Oklahoma 74301
Tele: (918) 457-6626
Fax: (918) 517-3431
Email: danajimlaw@gmail.com
*Attorneys for Plaintiff*

