## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) KEJUANA SHONTA MORRISON,

      Plaintiff,

vs.

Case 24-cv-00291-CVE-JFJ

(1) CITY OF TULSA, a political subdivision and municipal corporation,
(2) G4S Secore Solutions (USA), Inc., a foreign corporation,
(3) UNIVERSAL PROTETION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, a foreign limited partnership,
(4) JOHN DOE, individually,

      Defendants.

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses City of Tulsa from this action without prejudice.

                                                          s/ Brendan M. McHugh
                                                          Brendan M. McHugh, OBA #18422
                                                          P.O. Box 1392
                                                          Claremore, OK 74018
                                                          Office (918) 608-0111
                                                          Fax: (918) 803-4910
                                                          Email: bmcq1990@gmail.com

### CERTIFICATE OF ECF DELIVERY

This is to certify that on the 28th day of August 2024 a copy of this document was transmitted via the ECF system to:

All Counsel of Record

                                                          s/Brendan M. McHugh
                                                          Brendan M. McHugh