## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEJUANA SHONTA MORRISON, <br><br>  Plaintiff, <br><br> v. <br><br> G4S SECURE SOLUTIONS (USA), INC., a foreign corporation, <br> UNIVERSAL PROTECTION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, a foreign limited partnership, <br> JOHN DOE, individually, <br><br>  Defendants. | NDOK Case No: 24-cv-00291-JFJ <br><br> Removed from Tulsa County <br> Case No: CJ-2023-3514. |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kejuana Shonta Morrison hereby stipulates to a dismissal with prejudice of all claims and causes of action asserted by Plaintiff against all Defendants in the above-styled cause. Each party shall bear its own attorney fees and costs.

Respectfully submitted,

*/s/ Stan Koop* _____
Robert Todd Goolsby (OBA #12676)
Elise Horne Brookover (OBA #33006)
Stan A. Koop (OBA #17258)
GOOLSBY | PROCTOR
701 N. Broadway Ave., Suite 400
Oklahoma City, OK 73102-6006
Phone: (405) 524-2400
Fax: (405) 525-6004
TGoolsby@gphglaw.com
EBrookover@gphglaw.com
SKoop@gphglaw.com
***Attorneys for G4S Secure Solutions***

/s/Brendan M. McHugh
Brendan M. McHugh, OBA #18422
PO BOX 1392
Claremore, OK 74018
P: 918-608-0111
F: 918-803-4910

   *-and-*

Dana Jim, OBA #19495
PO BOX 1011
Vinita, OK 74301
T: 918-457-6626
F: 918-517-3431
***Attorneys for Plaintiff***